**Leigh Ann HARRIS, Plaintiff–Appellant,**

v.

**THE VANGUARD GROUP, INC., Defendant–Appellee.**

No. 16–1113

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2016

Decided: August 3, 2016

Leigh Ann Harris, Appellant Pro Se. Shalanna Lee Pirtle, Stacy Kaplan Wood,

PARKER, POE, ADAMS & BERN-STEIN, LLP, Charlotte, North Carolina, for Appellee.

Before NIEMEYER, MOTZ, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leigh Ann Harris appeals the district court's order accepting the recommendation of the magistrate judge and denying relief in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm. Harris v. The Vanguard Group, Inc., No. 3:15–cv–00382–MOC–DSC, 2016 WL 110600 (W.D.N.C. Jan. 8, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED